UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
MAR 2 5 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| VS | |
| DAVID JONATHAS | RECOG# NEW 1201<br>06-MG-8163-03 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, TWENTY THOUSAND DOLLARS, ($20,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this 25th day of MARCH, 2008.

Ordered that the sum of TWENTY THOUSAND DOLLARS, ($20,000.00), be transferred to the JEAN FORT, 2253 VAUXHALL RD, UNION, NJ 07083.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT